# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00094-APG-NJK |
| Plaintiff, | |
| v. | **Order Unsealing Case** |
| ALBERTO JIMENEZ-GOMEZ,<br>    aka "Alberto Gomez Jimenez,"<br>    aka "Alberto Jimenez,"<br>    aka "Feliciano Jimenez," | |
| Defendant. | |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Alberto Jimenez-Gomez,* is unsealed.

**DATED** this 23rd day of May, 2022.

By the Court:

_____
Honorable Andrew P. Gordon
United States District Judge