UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>v.<br><br>ALBERTO JIMENEZ-GOMEZ.,<br><br>       Defendant. | Case No. 2:22-cr-00094-APG-NJK<br><br>ORDER |

     Defendant Alberto Jimenez-Gomez moves for permission to appear by video at the hearing for his change of plea and sentencing. ECF No. 22.  Video appearances for pleas and sentencings are disfavored.  However, under Amended Temporary General Order 2020-05 (03/28/22), I may allow a video appearance if I find that the plea or sentencing "cannot be further delayed without serious harm to the interests of justice . . . ."  Mr. Jimenez-Gomez has not been vaccinated against COVID-19 and justifiably fears infection if he is transported to the courthouse with other detainees.  He also poses a risk of infection to court staff and the officers transporting him.  Given that the Government is recommending a sentence of time served, delaying the hearing would seriously harm the interests of justice, as Mr. Jimenez-Gomez would be deprived of his liberty longer than necessary.

     I THEREFORE ORDER that Mr. Jimenez-Gomes is allowed to appear via videoconference for his change of plea and sentencing scheduled for June 22, 2022, at 3:30 pm.

     DATED THIS 7th  day of June, 2022.

                                                                   UNITED STATES DISTRICT JUDGE