PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER (Tran. Court):** 2:22CR00094

**DOCKET NUMBER (Rec. Court):**

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE**

Alberto Jimenez-Gomez
Metropolitan Correctional Center, San Diego
808 Union Street
San Diego, CA 92101

**DISTRICT:** Nevada

**DIVISION:** U.S. Probation Office

**NAME OF SENTENCING JUDGE:** Andrew P. Gordon

**DATES OF PROBATION/SUPERVISED RELEASE:**
FROM: 6/21/2022
TO: 6/21/2025

**OFFENSE**

Count One: Deported Alien found in the United States, 8 U.S.C. § 1326(a)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 18, 2023
Date

[signature]
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Southern DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Click here to enter a date.
*Effective Date*

Click here to enter text.
*United States District Judge*